RECEIVED
IN LAKE CHARLES, LA
APR 11 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20084-005 |
| VS. | : | JUDGE MINALDI |
| LANCE KEITH OLIVIER | : | MAGISTRATE JUDGE WILSON |

### MEMORANDUM RULING

Presently before the court are the defendant's objections to the Presentence Report ("PSR") prepared by the Probation Department.

The first objection concerns the source of the funds used to purchase property in Acadia Parish. This objection does not require a ruling by the court.

The second objection concerns the two-level enhancement contained in ¶47 of the PSR. In the 2005 Guidelines Manual, §2S1.1 reads in relevant part: "If the defendant was convicted under 18 U.S.C. § 1956, increase by 2 levels," § 2S1.1(b)(2)(B). The defendant entered a guilty plea to Count 3 of the Indictment which is a violation of 18 U.S.C. §1956(h). These two-points were properly assessed. The objection is overruled.

Lake Charles, Louisiana, this 11 day of April, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE